DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JESSE CLEVELAND HARRELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3070

[November 30, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 2011CF012332AXX.

Jesse Cleveland Harrell, Cross City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***